394 A.2d 609

Commonwealth v. Gallagher, Appellant.

■■■■■■■■ Argued June 16, 1978.   John L. Lachall, for appellant;   D. Mancini, Assistant District Attorney, with him William H. Lamb, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

394 A.2d 609

Commonwealth v. Herder, Appellant.

Argued June 14, 1978.   D. Johnson, Assistant Public Defender, with him George B. Ditter, Assistant Public Defender, for appellant;   Ronald T. Williamson, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.